**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

CASH WRIGHT AND JASMINE WRIGHT, : No. 288 EAL 2017
:
          Petitioner :
:
           : Petition for Allowance of Appeal from
           : the Order of the Superior Court
          v. :
:
:
:
STATE FARM INSURANCE CO., :
EDWARD RUST AND DELORIS :
BRYANT, :
:
          Respondents :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.